IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00381-DAD |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO CLOSE CASE |
| v. | |
| CLYDE HELMS, | |
| Defendant. | |

On October 12, 2011, the defendant was charged by criminal complaint with violations of 21 U.S.C. §§ 846 and 841(a)(1). Case No. 1:11-cr-384, Doc. No 1. The defendant was ordered detained by Magistrate Judge Barbara A. McAuliffe on October 28, 2011. *Id.*, Doc. No 7. On November 8, 2011, the defendant filed a notice of appeal from the Magistrate Judge's detention order. *Id.*, Doc. No. 10.[1] Upon the filing of that notice, defendant's appeal of the detention decision was for some reason assigned case number 1:11-cr-381. However, on November 10, 2011, the defendant was indicted by the grand jury and the indictment was assigned case number 1:11-cr-384. Case No. 1:11-cr-384, Doc. No. 11. Thereafter, on January 17, 2012, the then assigned district judge denied defendant's motion for bail review/appeal from the detention order and the defendant remained detained. Case No. 1:11-cr-384,

---

[1] Perhaps the confusion stemmed from the characterization of the filing as an appeal of the Magistrate Judge's decision rather than as a motion to revoke the Magistrate's detention order. *See* 18 U.S.C. § 3145.

ORDER DIRECTING CLERK'S OFFICE TO CLOSE CASE

1

1  Doc. Nos. 24, 25. However, no entry of this decision ever appeared in the docket of the specially
2  opened case number 1:11-cr-381. Inasmuch as judgment was entered and the defendant was sentenced
3  in the underlying criminal action on February 25, 2013 (Case No. 1:11-cr-384, Doc. Nos. 85, 86), Case
4  No. 1:11-cr-381 should be closed.

5      Accordingly, the Clerk of the Court is directed to close case number 1:11-cr-381 DAD.

7  IT IS SO ORDERED.

9  Dated:  **December 18, 2015**

                                        DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE